1

2

3

4

5                             UNITED STATES DISTRICT COURT

6                                 DISTRICT OF NEVADA

7                                          * * *

8    HABEEBULLAH NA'EEM RASHEED,          )
                                          )
9              Plaintiff,                 )        2:12-cv-1016-GMN-RJJ
                                          )
10   vs.                                  )
                                          )
11   LT. WILLIAM NOAH, TRIPP,             )
                                          )        O R D E R
12             Defendant,                 )
                                          )
13   _____)

14         This matter is before the Court on an Application to Proceed in District Court Without

15   Prepaying Fees or Costs (#1).

16         The Court having reviewed the Application (#1) and the proposed complaint attached

17   thereto and good cause appearing therefore,

18         IT IS HEREBY ORDERED that a status hearing is scheduled for August 6, 2012, at 11:00

19   AM in courtroom 3D, 3d floor, Lloyd D. George United States Courthouse, 333 Las Vegas Blvd.

20   So., Las Vegas, Nevada.

21         IT IS FURTHER ORDERED that only Plaintiff, Habeebullah Na'eem Rasheed,  is

22   required to appear in Court for this hearing. Plaintiff is advised that failure to appear for this

23   hearing may result in a recommendation that this case be dismissed.

24         IT IS FURTHER ORDERED that the Clerk shall serve a copy of this Order on the

25   Plaintiff by certified mail, return receipt requested.

26         DATED this _3dth_ day of July, 2012.

27

28                                        _____
                                          ROBERT J. JOHNSTON
                                          United States Magistrate Judge