UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

HABEEBULLAH NA'EEM RASHEED,

    Plaintiff,

v.

LT. WILLIAM NOAH, et al.,

    Defendants.

2:12-cv-01016-GMN-NJK

**REPORT & RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

---

This matter is before the Court on the failure of Plaintiff, Habeebullah Na'eem Rasheed, to comply with an Order of the Court, Docket No. 6, and with LSR 2-2.

**BACKGROUND**

The Court, having reviewed this matter, hereby makes the following findings:

1. Plaintiff, Habeebullah Na'eem Rasheed, filed this civil rights action against Lt. William Noah and various other defendants on June 14, 2012. *See*, Complaint, attached as Exhibit 1 to Motion to Proceed in Forma Pauperis (Docket No. 1).

2. On March 11, 2013, the Court entered an Order (Docket No. 6) scheduling a status hearing in this case for March 25, 2013. That Order warned Plaintiff that his failure to appear at the hearing "may result in a recommendation that this case be dismissed." *Id.*

//

3. That Order was sent to the Plaintiff by United States Postal Service Certified Mail on March 11, 2012. (*See* Docket No. 7). The tracking receipt for that certified mail indicates that the order was "Undeliverable as Addressed." *See* Track & Confirm Receipt attached hereto.

4. Plaintiff has not updated his address with the Court as required by LSR 2-2.

5. Plaintiff did not appear for the hearing scheduled for March 25, 2013. Docket No. 8. Further, he did not request a continuance of the hearing.

Based on the foregoing and good cause appearing therefore,

## **RECOMMENDATION**

IT IS THE RECOMMENDATION of the undersigned Magistrate Judge that this case be **DISMISSED WITH PREJUDICE**.

## **NOTICE**

Pursuant to Local Rule IB 3-2 any objection to this Report and Recommendation must be in writing and filed with the Clerk of the Court within (14) days after service of this Notice. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985), *reh'g denied*, 474 U.S. 1111 (1986). This Circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

DATED: March 26, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge

Case 2:12-cv-01016-GMN-NJK   Document 9   Filed 03/26/13   Page 3 of 3

**English**   **Customer Service**   **USPS Mobile**                    **Register / Sign In**

USPS.COM®

Search USPS.com or Track Packages

Quick Tools          Ship a Package     Send Mail     Manage Your Mail     Shop     Business Solutions

## Track & Confirm

**GET EMAIL UPDATES**    **PRINT DETAILS**

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| 70121010000124696484 | | Undeliverable as Addressed | March 19, 2013, 5:48 pm | VALLEJO, CA 94589 | Certified Mail™ |
| | | Depart USPS Sort Facility | March 17, 2013 | OAKLAND, CA 94615 | |
| | | Processed through USPS Sort Facility | March 17, 2013, 3:31 am | OAKLAND, CA 94615 | |
| | | Undeliverable as Addressed | March 15, 2013, 9:09 am | LAS VEGAS, NV 89108 | |
| | | Acceptance | March 11, 2013, 2:44 pm | LAS VEGAS, NV 89199 | |

**Check on Another Item**

What's your label (or receipt) number?

Find

**LEGAL**
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

**ON USPS.COM**
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Site Index ›

**ON ABOUT.USPS.COM**
About USPS Home ›
Newsroom ›
Mail Service Updates ›
Forms & Publications ›
Careers ›

**OTHER USPS SITES**
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›

Copyright© 2013 USPS. All Rights Reserved.