# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HABEEBULLAH NA'EEM RASHEED, | |
| Plaintiff, | Case No.: 2:12-cv-01016-GMN-NJK |
| vs. | **ORDER ACCEPTING REPORT & RECOMMENDATION OF MAGISTRATE JUDGE** |
| LT. WILLIAM NOAH, et al., | |
| Defendants. | |

Pending before the Court is the Motion/Application for Leave to Proceed *In Forma Pauperis* (ECF No. 1) filed by Plaintiff Habeebullah Na'eem Rasheed ("Plaintiff"). Also pending before the Court is the Report and Recommendation (ECF No. 9) of the Honorable Nancy J. Koppe, United States Magistrate Judge, entered March 26, 2013. Pursuant to Local Rule IB 3-2(a), objections were due by April 12, 2013. No objections have been filed. In accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4, the Court has reviewed the record in this case and has determined that Magistrate Judge Koppe's Recommendation should be **ACCEPTED** to the extent that it is not inconsistent with this Order.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion/Application for Leave to Proceed *In Forma Pauperis* (ECF No. 1), is **DENIED** for the reasons set forth in the Report and Recommendation (ECF No. 9) of the Honorable Nancy J. Koppe, United States Magistrate Judge, entered March 26, 2013. This case is **DISMISSED without prejudice**.

The Clerk of the Court shall enter judgment accordingly.

**DATED** this 16th day of April, 2013.

_____
Gloria M. Navarro
United States District Judge